OPINION — AG — **** VOLUNTARY RESIGNATION FROM POLICE PENSION SYSTEM — PROHIBITED FROM REJOINING AFTER AGE 35 **** A POLICEMAN OVER 35 YEARS OF AGE WHO VOLUNTARILY RESIGNS FROM THE POLICE DEPARTMENT AND VOLUNTARILY WITHDRAWS FROM THE CITY'S POLICE PENSION OR RETIREMENT SYSTEM, MAY NOT REJOIN THE CITY'S POLICE PENSION AND RETIREMENT SYSTEM. CITE: 11 O.S. 1969 Supp., 541 [11-541] (PAUL C. DUNCAN)